UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                               :
UNITED STATES OF AMERICA
                               :    <u>SUPERSEDING INFORMATION</u>
       - v. -
                               :    S1 07 Cr. 580(CLB)
RAYMOND HERNANDEZ,
                               :
           Defendant.
                               :
- - - - - - - - - - - - - - - - x

**ORIGINAL**



COUNT ONE

       The United States Attorney charges:

       1.  From at least in or about May 2006 through on or about May 10, 2007, in the Southern District of New York and elsewhere, RAYMOND HERNANDEZ, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

       2.  It was a part and object of the conspiracy that RAYMOND HERNANDEZ, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 1,000 kilograms and more of a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

<u>Overt Acts</u>

       3.  In furtherance of the conspiracy and to effect the illegal objects thereof, RAYMOND HERNANDEZ, the defendant,

committed the following overt act, among others, in the Southern District of New York:

    a.   On or about May 10, 2007, RAYMOND HERNANDEZ, the defendant, traveled to the vicinity of 684 Saw Mill River Road, Yonkers, New York.

(Title 21, United States Code, Section 846.)

## COUNT TWO

The United States Attorney further charges:

    4.   In or about May 2007, in the Southern District of New York, RAYMOND HERNANDEZ, the defendant, unlawfully, wilfully, and knowingly, used and carried a firearm during and in relation to a drug trafficking crime, and possessed a firearm in furtherance of a drug trafficking crime, to wit, HERNANDEZ possessed a handgun at 540 Nepperhan Avenue in Yonkers, New York, in furtherance of the narcotics conspiracy described in Count One of this Information.

(Title 18, United States Code, Section 924(c)(1)(A)(i).)

_____
MICHAEL J. GARCIA
United States Attorney