UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| -against- | : 07 Cr. 580 (CLB)(LMS) |
| RAYMOND HERNANDEZ, | : |
| | : |
| Defendant. | : |
| | : |

------------------------------------------------------------x

Brieant, J.

### ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated August 10, 2007, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

SO ORDERED.

Dated: August 20, 2007
White Plains, New York

_____
Charles L. Brieant
United States District Judge

**MICROFILM**

AUG 2 0 2007

**USDC SDNY WP**