

# JOHN R. SANDLEITNER
## ATTORNEY AT LAW

50 MAIN STREET, SUITE 1000
WHITE PLAINS, NY 10606
(914) 949-7575 ~ (718) 822-8600
FAX: (914) 682-7784

September 17, 2007

By First Class Mail & Fax (914) 390-4095
Hon. George A. Yanthis
United States Magistrate Judge
U.S. District Court - Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: USA v. Raymond Hernandez
    7:07-cr-00580-CLB

Dear Judge Yanthis:

I am the attorney of record for Raymond Hernandez in the above captioned matter. I have been advised by AUSA Richard Tarlowe that Mr. Hernandez has requested a new attorney. I have no objection to new counsel being appointed for Mr. Hernandez.

It is my understanding that a conference is scheduled for September 18, 2007 at 10:00 a.m. to address the issue of new counsel. I am unable to attend the conference because I am on trial on the criminal matter of People v. Carlos Valverde before the Hon. Justice Seth Marvin in Part 27, N.Y.S. Supreme Court, Bronx County.

Pursuant to a telephone conversation today with Your Honor's chambers, I was instructed that in lieu of appearing at the conference a faxed letter would be sufficient to be relieved as counsel. If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

John R. Sandleitner

JRS/rg
cc: AUSA Richard Tarlowe