U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 13, 2007

BY HAND

The Honorable Charles L. Brieant
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

    Re:    **United States v. Raymond Hernandez, S1 07 Cr. 580 (CLB)**

Dear Judge Brieant:

    The Government submits this letter to confirm that the sentencing of the above defendant has been adjourned to January 23, 2007 at 9:00 a.m.

    Thank you for your consideration of this matter.

    Very truly yours,

    MICHAEL J. GARCIA
    United States Attorney

By: _____
    Richard C. Tarlowe
    Assistant United States Attorney
    (914) 993-1963

cc: Theodore S. Green, Esq. (By facsimile)