UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | 07 Cr 580 (CM) |
| -v.- | NOTICE OF CHANGE OF ATTORNEY'S |
| RAYMOND HERNANDEZ, | ADDRESS |
| Defendant. | |

------------------------------------------------------------x

  PLEASE TAKE NOTICE that the address for counsel for defendant RAYMOND HERNANDEZ has been changed to the following:

  THEODORE S. GREEN
  GREEN & WILLSTATTER
  200 Mamaroneck Avenue - Suite 605
  White Plains, New York   10601.

Dated: White Plains, New York
    February 15, 2008

              Yours, etc.,

              s/Theodore S. Green
              THEODORE S. GREEN
              Green & Willstatter
              200 Mamaroneck Avenue - Suite 605
              White Plains, New York   10601
              (914) 948-5656
              Fax: (914) 948-8730
              theosgreen@msn.com

PDF created with pdfFactory trial version www.pdffactory.com